**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALAN TIKAL,<br><br>  Petitioner,<br><br>  v.<br><br>STEVE LANGFORD, Warden,<br><br>  Respondent. | NO. ED CV 17-1554-DMG(E)<br><br><br><br>JUDGMENT |

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: August 28, 2017

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE